IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

      Plaintiff,                                  No. CIV S-10-2143 KJM-EFB

      vs.

BANK OF AMERICA, et al.,

      Defendants.                          <u>ORDER TO SHOW CAUSE</u>

_____/

      This matter comes before the Court upon Plaintiff's motion for leave to file an amended complaint, filed on January 18, 2011. (ECF 18.) Defendant Yeanina Oliva has failed to file and serve an opposition or statement of non-opposition at least fourteen days preceding the hearing date of March 16, 2011 as required by Local Rule 230(c). Defendant is hereby ORDERED, within two weeks of the entry of this Order, to file and serve an opposition or statement of non-opposition and to show cause why sanctions should not be imposed against her for her failure to comply with Local Rule 230(c).

      Moreover, the hearing on Plaintiff's motion for leave to file an amended complaint set for March 16, 2011 is hereby VACATED. The hearing date will be rescheduled at such time as Defendant complies with this Order.

////

1

1   IT IS SO ORDERED.
2  DATED: March 10, 2011.

_____
UNITED STATES DISTRICT JUDGE