1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS GONZALES,

11              Plaintiff,                    No. CIV S-10-2143 KJM-EFB

12        vs.

13   BANK OF AMERICA, et al.,

14              Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16              On March 24, 2011, the court ordered: 1) defendants in the above-captioned

17   action to file answers to plaintiff's amended complaint within twenty-one (21) days of being

18   served the amended complaint; and 2) all parties to inform the court of the optimal timing and

19   method for settlement discussions within twenty-one (21) days of the issuance of the order.

20   (ECF 30.)  Defendant Yeanina Oliva has failed to comply with the March 24, 2011 court order.

21   Accordingly, defendant Oliva is hereby ORDERED, within twenty-one days of the entry of this

22   Order, to file and serve an answer to the amended complaint and a statement regarding the

23   optimal timing and method for settlement discussions and to show cause why sanctions should

24   not be imposed against her for her failure to comply with the court's order.

25   /////

26   /////

1        IT IS SO ORDERED.

2   DATED:  May 9, 2011.

3                                                    _____

4                                                    UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26