IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

    Plaintiff,                                   No. CIV S-10-2143 KJM-EFB

    vs.

BANK OF AMERICA, et al.,

    Defendants.                          <u>ORDER</u>

           The court issued an order to show cause on May 9, 2011 due to defendant Yeanina Oliva's failure to comply with the court's March 24, 2011 order. (ECF 40.) On May 27, 2011, Oliva responded to the order to show cause and complied with the March 24 order. (ECF 44, 45 & 46.) Accordingly, the May 9 order to show cause is hereby DISCHARGED.

           IT IS SO ORDERED.

DATED: May 31, 2011.

                                                UNITED STATES DISTRICT JUDGE

1