IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,                              No. CIV S-10-2143 KJM-EFB

      Plaintiff,

  vs.

BANK OF AMERICA, et al.,

      Defendants.                              ORDER

_____/

        The court held a status conference for the above-captioned case on October 19, 2011. Andrew Steinheimer appeared for plaintiff; Anna Molander appeared for defendant Miguel Palacios; and Golareh Mahdavi appeared for defendant Bank of America Corporation. Pro se defendant Yeanina Oliva was absent.

        At the status conference, the court set the following deadlines:

| | |
|---|---|
| Disclosure of expert witnesses: | December 19, 2011 |
| Expert discovery rebuttal: | January 18, 2012 |
| Deadline for expert discovery: | February 15, 2012 |
| Deadline for hearing dispositive motions: | June 20, 2012 |
| Final pretrial conference: | July 25, 2012 |
| Trial: | August 20, 2012 |

1

        Furthermore, plaintiff and defendant Palacios expressed their amenability to participating in a settlement conference. Defendant Oliva has also agreed to participate in a settlement conference. Accordingly, the court has determined this matter will benefit from a settlement conference. The assigned magistrate judge will preside over the settlement conference as the parties have indicated their willingness to waive disqualification.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference before Magistrate Judge Edmund F. Brennan on December 15, 2011, at 10:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, CA 95814 in Courtroom 24.

        2. The parties are directed to submit confidential settlement conference statements to chambers at least seven (7) days prior to the settlement conference. Such statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement. The parties may agree to serve each other with the settlement statements but this is not required.

        3. Each party is directed to file a signed waiver of disqualification at least seven (7) days prior to the settlement conference. A form of waiver is attached to this order.

        4. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. *See* Local Rule 270.

DATED: October 27, 2011.

                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

      Plaintiff,                    No. CIV S-10-2143 KJM-EFB

   vs.

BANK OF AMERICA, et al.,

      Defendants.              <u>Waiver of Disqualification</u>

_____/

       Under Local Rule 16-270(b) of the Eastern District of California, the parties to the herein action affirmatively request that Magistrate Judge Brennan participate in the settlement conference scheduled for December 15, 2011.  To the extent the parties consent to trial of the case before the assigned Magistrate Judge, they waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

                                          _____
                                          By:
                                              Attorney for _____

                                          Dated:_____

/////

/////

1
2      By: _____
          Attorney for _____
3
       Dated:_____
4

5      _____
       By:
6         Pro Se

7      Dated:_____

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26