1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS GONZALES,

11          Plaintiff,                    No. CIV S-10-2143 KJM EFB

12      vs.

13   BANK OF AMERICA, et al.,

14          Defendants.                   ORDER
                                 /
15

16      A settlement conference was held in this matter on December 15, 2011 as between

17   plaintiff and defendants Palacios and Oliva.  At that conference one of the parties requested until

18   December 19, 2011 to decide whether to accept the last and final offer of settlement.  On

19   December 19, 2011 the court was informed by the parties that a settlement has been reached

20   between plaintiff and defendants Palacios and Oliva.  The settlement contemplates that the

21   agreed upon settlement amount will be paid in installment payments and be paid in full within

22   five months.  Accordingly, the parties shall have until May 31, 2012 to file dispositional

23   documents as to these settling parties.

24   DATED:   December 22, 2011.

25                        _____
                          EDMUND F. BRENNAN
26                        UNITED STATES MAGISTRATE JUDGE