IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

      Plaintiff,                                    No. CIV S-10-2143 KJM EFB

      vs.

BANK OF AMERICA, et al.,

      Defendants.                       ORDER

/

      A settlement conference was held in this matter on December 15, 2011 as between plaintiff and defendants Palacios and Oliva. At that conference one of the parties requested until December 19, 2011 to decide whether to accept the last and final offer of settlement. On December 19, 2011 the court was informed by the parties that a settlement has been reached between plaintiff and defendants Palacios and Oliva. The settlement contemplates that the agreed upon settlement amount will be paid in installment payments and be paid in full within five months. Accordingly, the parties shall have until May 31, 2012 to file dispositional documents as to these settling parties.

DATED: December 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE