IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

    Plaintiff,                                No. 2:10-cv-2143-KJM-EFB

    vs.

BANK OF AMERICA, et al.,

    Defendants.                        <u>ORDER</u>

        On December 15, 2011, the above-captioned case was before the court for a settlement conference between plaintiff and defendants Palacios and Oliva. A tentative settlement was reached and on December 19, 2011, the court was advised that the parties had accepted the tentative settlement. The settlement funds were to be paid in installments, payment in full to be made within five months. Accordingly, the court issued an order directing the parties to file dispositional documents not later than May 31, 2012. *See* Order filed December 22, 2011. The time for doing so has now expired and those parties have failed to timely file dispositional documents.

        Accordingly, the court hereby ORDERS that plaintiff and defendants Palacios and Oliva are ORDERED TO SHOW CAUSE not later than fourteen (14) days from the date of this order

////

1

1 why sanctions should not be imposed for failure to comply with the court's order directing the
2 parties to file dispositional documents.
3    SO ORDERED.
4 DATED: July 9, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2